UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAMANPREET SINGH,<br><br>    Defendant. | No. 2:18-cr-00089-GEB |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAMANPREET SINGH,<br>    Defendant. | No. 2:19-cr-00057-WBS<br><br>**RELATED CASES ORDER** |

On April 4, 2019, the United States of America filed a "Notice of Related Case" document concerning the above captioned cases. ECF No. 34. The cases are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed case was assigned. Therefore, Damanpreet Singh, 2:19-cr-00057-WBS is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned case shall show the initials "GEB."

1

Further, any date currently set in the reassigned case is VACATED. The Clerk of the Court shall make any adjustment in the assignment of criminal cases necessitated by this reassignment.

Dated: April 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge