CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Damanpreet Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

DAMANPREET SINGH

                              Defendant.

CASE NO.  2:18-CR-00089-TLN

STIPULATION TO CONTINUE DETENTION
HEARING; [~~PROPOSED~~] FINDINGS AND
ORDER

DATE: January 3, 2025
TIME: 2:00 p.m.
COURT: Hon. Sean C. Riordan

**STIPULATION**

1.      By previous order, this matter was set for a continued detention hearing on January 3,
2025.

2.      By this stipulation, the defendant now moves to continue the detention hearing to January
6, 2025.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On September 14, 2018, defendant was sentenced to 24 months of custody in the
Bureau of Prisons followed by a 36-month term of supervised release in Case No. 2:18-CR-
00089-TLN. Supervision commenced on July 16, 2021.

        b)      On November 15, 2022, an Order re Petition for Violation of
Probation/Supervised Release was signed by Judge Nunley and an arrest warrant was issued.

        c)      Upon completion of a state court sentence, defendant was taken into federal
custody; on December 20, 2024, an Initial Appearance for Violation of Supervised Release was

1 held before Judge Boone; a denial was entered; preliminary hearing was waived; and, a

2 continued detention hearing was set for January 3, 2025, before Judge Kim.

3      d)    Defendant's attorney (appointed in 2018 for defendant's original case) is

4 unavailable on January 3, 2025, and requests that the detention hearing be continued to January

5 6, 2025.

6      e)    The government does not object to the continuance.

7      f)    Based on the above-stated findings, good cause exists to continue the detention

8 hearing in this matter.

9 IT IS SO STIPULATED.

10

11 Dated:  December 26, 2024

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

12

13 /s/ CHARLES CAMPBELL

CHARLES CAMPBELL
Assistant United States Attorney

14

15

16 Dated:  December 26, 2024

/s/ CANDICE L. FIELDS

17 CANDICE L. FIELDS
Counsel for Defendant

18 Damanpreet Singh

19

20

21 **[~~PROPOSED~~] FINDINGS AND ORDER**

22

Good cause appearing, it is ORDERED that the defendant's detention hearing be continued to

23 January 6, 2025.

24

25 Dated: December 27, 2024

26

SEAN C. RIORDAN
27 UNITED STATES MAGISTRATE JUDGE

28