CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Damanpreet Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00089-TLN |
| Plaintiff, | STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER |
| v. | DATE: January 30, 2025 |
| DAMANPREET SINGH | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for an Admit/Deny hearing on January 30, 2025.

2.      By this stipulation, the defendant now moves to continue the Admit/Deny hearing to February 6, 2025.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      On September 14, 2018, defendant was sentenced to 24 months of custody in the Bureau of Prisons followed by a 36-month term of supervised release in Case No. 2:18-CR-00089-TLN. Supervision commenced on July 16, 2021.

b)      On November 15, 2022, an Order re Petition for Violation of Probation/Supervised Release was signed by Judge Nunley and an arrest warrant was issued.

c)      Upon completion of a state court sentence, defendant was taken into federal custody; on December 20, 2024, an Initial Appearance for Violation of Supervised Release was held before Judge Boone; a denial was entered; preliminary hearing was waived; and, a

STIPULATION; FINDINGS AND ORDER

1

1   continued detention hearing was set for January 3, 2025, before Judge Kim; that hearing was

2   continued to January 6, 2025, before Judge Riordan, where the Court ordered the defendant

3   detained and set the Admit/Deny hearing to occur on January 30, 2025.

4          d)      Counsel for the defendant now has a conflict on January 30, 2025, which requires

5   her to attend an arraignment in Modoc County, CA. Therefore, the defense requests a short

6   continuance of the Admit/Deny hearing to February 6, 2025, at 9:30 a.m., before Chief Judge

7   Nunley.

8          e)      The government does not object to the continuance.

9          f)      Based on the above-stated findings, good cause exists to continue the detention

10  hearing in this matter.

11         IT IS SO STIPULATED.

12  Dated:  January 28, 2025                         MICHELE BECKWITH
                                                     ACTING UNITED STATES ATTORNEY
13

14                                                   /s/ JOSEPH DOUGLAS HARMAN
                                                     JOSEPH DOUGLAS HARMAN
15                                                   Assistant United States Attorney

16

17  Dated:  January 28, 2025                         /s/ CANDICE L. FIELDS
                                                     CANDICE L. FIELDS
18                                                   Counsel for Defendant
                                                     Damanpreet Singh
19

20

21                                **FINDINGS AND ORDER**

22         Good cause appearing, it is ORDERED that the defendant's detention hearing be continued to

23  February 6, 2025.

24  Dated: January 28, 2025

25

26  _____
    Troy L. Nunley
27  Chief United States District Judge

28

STIPULATION; FINDINGS AND ORDER                    2