CANDICE L. FIELDS
Candice Fields Law, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Phone: (916)414-8050
Fax: (916)790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Damanpreet Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>DAMANPREET SINGH<br><br>                  Defendant. | CASE NO. 2:18-CR-00089-TLN<br><br>STIPULATION TO OMIT DRUG TESTING CONDITION FROM DISPOSITION/JUDGMENT; FINDINGS AND ORDER<br><br>DATE: February 27, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. On September 15, 2022, a Petition for Warrant of Summons for Person Under Supervision was filed against the defendant. On February 6, 2025, Mr. Singh appeared before the Court for an Admit/Deny Hearing. Mr. Singh admitted to Charge 1 of the petition.

2. By previous order, this matter was set for dispositional hearing on February 27, 2025, at 9:30 a.m..

3. On February 20, 2025, Probation filed its Dispositional Memorandum. ECF No. 53. The following provision was included therein, at page 5:

> Further, the releasee shall refrain from any unlawful use of a controlled substance. The releasee shall submit to one (1) drug test within 15 days of release on Supervised Release, and at least two (2) periodic drug tests thereafter, not to exceed four (4) drug tests per month, as directed by the probation officer.

*Id.*

STIPULATION; FINDINGS AND ORDER      1

4. By this stipulation, the parties agree and stipulate, and request that the Court find the following:

    a) Mr. Singh has no history of substance abuse and has not had any substance abuse issues while on supervision in Central District of California. A

    b) Additionally, at the initial sentencing hearing, the subject drug testing condition was waived.

    c) Probation has determined that the subject provision was inadvertently included in its Dispositional Memorandum.

5. Based on the above-stated findings, the parties stipulate that good cause exists to omit the subject drug testing condition from the Court's Disposition/Judgment on the pending Petition.

IT IS SO STIPULATED.

Dated: February 24, 2025　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　/s/ CHARLES CAMPBELL
　　　　　　　　　　　　　　　　　　　　　CHARLES CAMPBELL
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: February 24, 2025　　　　　　　　　/s/ CANDICE L. FIELDS
　　　　　　　　　　　　　　　　　　　　　CANDICE L. FIELDS
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　Damanpreet Singh

## FINDINGS AND ORDER

Good cause appearing, it is ORDERED that the drug testing condition found on page 5 of Probation's Dispositional Memorandum, ECF No. 53, shall be omitted from the Court's Disposition/Judgment on the pending Petition.

DATED: February 25, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE